UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSICA VASIL and CHRISTINE FARAG, individually and on behalf of similarly situated individuals, | )<br>)<br>) |
| Plaintiffs, | ) No. 16-cv-9937 |
| v. | ) Hon. John J. Tharp Jr. |
| KIIP, INC., a Delaware corporation, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiffs, Jessica Vasil & Christine Farag, and Defendant, Kiip, Inc., by and through their undersigned counsel, hereby submit the following Joint Status Report.

1.  On July 30, 2018, the Parties filed a Stipulation to Stay Case Pending Mediation, ("Stipulation to Stay," Dkt. 35).

2.  In their Stipulation to Stay, the Parties informed the Court that they had agreed to conduct a formal mediation before a private mediator, and had also agreed that further proceedings should be stayed pending the mediation to conserve the Court's and the Parties' resources. (*Id.*).

3.  On July 31, 2018, the Court stayed this case pending the outcome of the Parties' mediation. (Dkt. 36).

4.  On October 24, 2018, the Parties filed a Joint Status Report, stating that they had scheduled a full-day mediation with the Hon. Morton Denlow (Ret.) of JAMS Chicago. (Dkt. 38). The mediation was originally scheduled to occur on December 4, 2018.

5.  At the request of Defendant's insurer, who will also be attending the mediation, the mediation was rescheduled. Due to Judge Denlow's limited availability, and the intervening

holidays, the mediation was continued to January 24, 2019.

Dated: December 12, 2018                     Respectfully submitted,

                                             JESSICA VASIL and CHRISTINE
                                             FARAG, individually and on behalf of
                                             similarly situated individuals

                                             By: /s/ *Paul T. Geske*

                                             Myles McGuire
                                             Paul T. Geske
                                             MCGUIRE LAW, P.C.
                                             55 W. Wacker Drive, 9th Fl.
                                             Chicago, IL 60601
                                             Tel: (312) 893-7002
                                             Fax: (312) 275-7895
                                             mmcguire@mcgpc.com
                                             pgeske@mcgpc.com

                                             *Counsel for Plaintiffs*

Dated: December 12, 2018                     KIIP, INC.

                                             By: */s/ Joseph Gratz*

                                             Jonathan M. Cyrluk
                                             Josh Goldberg
                                             Steven C. Moeller
                                             CARPENTER LIPPS & LELAND LLP
                                             180 N. LaSalle St., Ste. 2640
                                             Chicago, IL 60601
                                             Tel: 312-777-4300
                                             Fax: 312-777-4839
                                             cyrluk@carpenterlipps.com
                                             goldberg@carpenterlipps.com
                                             moeller@carpenterlipps.com

                                             Joseph C. Gratz
                                             DURIE TANGRI LLP
                                             217 Leidesdorff St.
                                             San Francisco, CA 94111
                                             Tel: 415-362-6666
                                             Fax: 415-236-6300

jgratz@durietangri.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2018, I electronically filed the foregoing *Joint Status Report* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record:

/s/ *Paul T. Geske*