**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESSICA VASIL and CHRISTINE FARAG, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 16-cv-9937 |
| v. | ) ) | Hon. John J. Tharp Jr. |
| KIIP, INC., a Delaware corporation, | ) ) | |
| *Defendant*. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT**
**PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiffs, Jessica Vasil and Christine Farag, by and through their undersigned counsel, give notice that this action shall be, and hereby is, dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has not served an answer nor a motion for summary judgment. The Parties have reached an agreement in principle to resolve this matter on a class basis, but Plaintiffs believe the Court may be divested of subject matter jurisdiction over the proposed settlement due to the Court's prior dismissal of Plaintiffs' federal statutory claims (Dkt. 21), and the Court may lack personal jurisdiction over certain class members under the holdings of *Bristol-Myers Squibb Co. v. Super. Ct. of Cal., San Francisco Cnty.*, 137 S. Ct. 1773 (2017) and its progeny. Should the Court lose jurisdiction over the case or certain class members before any settlement is effectuated, the Parties would need to restart the settlement approval process in another court after significant notice costs and expenses had already been incurred. Accordingly, by its terms, the proposed settlement will be effectuated in state court.

Dated: February 5, 2019                                   Respectfully submitted,

JESSICA VASIL and CHRISTINE
FARAG, individually and on behalf of
similarly situated individuals


By: */s/ Paul T. Geske*                    

Myles McGuire
Paul T. Geske
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
mmcguire@mcgpc.com
pgeske@mcgpc.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 5, 2019, I filed the foregoing *Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*